No. 1432. LYND ET AL. *v.* CITY OF CHICAGO. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6087. MCKENZIE *v.* DIRECTOR, PATUXENT INSTITUTION. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6567. KEMBER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1376. SAMUEL GOLDWYN PRODUCTIONS ET AL. *v.* MULVEY. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 6082. HARRINGTON ET UX. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE HARLAN would grant certiorari, vacate judgment below, and remand case in light of *Chimel* v. *California,* 395 U. S. 752 (1969), and his separate opinion in *Mackey* v. *United States* (and companion cases), 401 U. S. 667, 675.

No. 6484. AGUIRRE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE HARLAN would grant certiorari, vacate judgment below, and remand case in light of *Chimel* v. *California,* 395 U. S. 752 (1969), and his separate opinion in *Mackey* v. *United States* (and companion cases), 401 U. S. 667, 675.

No. 6105. CANTRELL *v.* GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.